AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LORENZO LINDSEY,

　Petitioner,

v.

DARRIN MYERS, Warden,

　Respondent.

AMENDED

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 120-054

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated March 29, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court; the instant petition brought pursuant to 28 U.S.C. § 2254 is denied; a certificate of appealability in this case is denied; and Petitioner is not entitled to appeal in forma pauperis. Judgment is entered in favor of the Respondent, Darrin Myers, and this civil action stands closed.

03/30/2022
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020